IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JASON S. NEELY,<br><br>            Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>            Defendant. | CV 18-5-BU-JCL<br><br>ORDER |

On September 7, 2018, the undersigned entered Findings & Recommendations, recommending that the motion to dismiss filed by Defendant Nancy A. Berrhill, the Acting Commissioner of the Social Security Administration, be denied. (Doc. 16). The parties subsequently consented to the exercise of jurisdiction by a United States Magistrate Judge (doc. 17) and no objections to the Findings and Recommendations have been filed. Accordingly, and in light of the parties' consent,

IT IS ORDERED that Defendant's motion to dismiss is denied for the reasons set forth in the Findings and Recommendations entered on September 7, 2018.

DATED this 3rd day of October, 2018

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge