IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JASON S. N., | CV 18-5-BU-JCL |
| Plaintiff, | JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED, in accordance with this Court's Order (Doc. 30), that this case is remanded to the Commissioner for an award of benefits pursuant to sentence four of 42 U.S.C. § 405(g).

      Dated this 14th day of May, 2019.

                 TYLER P. GILMAN, CLERK

                 By: /s/ Nicole Stephens
                 Nicole Stephens, Deputy Clerk