IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JASON S. N.,<br><br>                Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner<br>of Social Security,<br><br>                Defendant. | CV 18-5-BU-JCL<br><br>ORDER |

Pursuant to Plaintiff's unopposed Application for Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), filed by Plaintiff's attorney, Eric Rasmusson, and for good cause shown,

IT IS HEREBY ORDERED that Defendant will pay $11,632.32 in attorney fees under the EAJA.

IT IS HEREBY ORDERED that if, after receiving the Court's EAJA fee Order, the Commissioner: (1) determines upon effectuation of the Court's EAJA fee Order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining

EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorneys.

DATED this 3rd day of July, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge